| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:17CR154-12 |
| | § | |
| ANDRE DEMMON WILLIAMS | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his findings of fact and report and recommendation on the defendant's guilty plea. The magistrate judge recommended that the Court accept defendant's guilty plea. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Fourth Superseding Indictment. The parties have not objected to the magistrate judge's findings.

The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report (#653) is adopted. The Court accepts the defendant's guilty plea but defers acceptance of the plea agreement and plea agreement addendum until after review of the presentence report. It is finally ORDERED that defendant, Andre Demmon Williams, is adjudged guilty on Count One of the Fourth Superseding Indictment charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with the Intent to Distribute a Schedule II Controlled Substance, namely, a Distributable Amount of Cocaine HCL.

SIGNED at Beaumont, Texas, this 27th day of September, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE